# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| Matt Balazik, | : |
| | : Civil Action No.: 1:11-cv-00773-RDB |
| Plaintiff, | : |
| v. | : |
| | : |
| Vantage Sourcing LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)

Matt Balazik ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 9, 2012

                      Respectfully submitted,
                      By /s/ Forrest E. Mays
                      Forrest E. Mays (Bar No. 07510)
                      1783 Forest Drive, Suite 109
                      Annapolis, MD 21401
                      Telephone: (410) 267-6297
                      Facsimile: (410) 267-6234
                      Email: mayslaw@mac.com

                      Of Counsel To
                      LEMBERG & ASSOCIATES L.L.C.
                      A Connecticut Law Firm
                      1100 Summer Street, 3rd Floor
                      Stamford, CT 06905
                      Telephone: (203) 653-2250
                      Facsimile: (203) 653-3424
                      ATTORNEYS FOR PLAINTIFF

Request GRANTED This 9th Day of July, 2012.

                      _____
                      Richard D. Bennett
                      United States District Judge